```
                                                           FILED by_____ D.C.
          UNITED STATES DISTRICT COURT                        DEC - 6 2016
          SOUTHERN DISTRICT OF FLORIDA
                                                           STEVEN M. LARIMORE
                                                           CLERK U. S. DIST. CT.
           CASE NO. 16-60238-cr-COHN/SELTZER(s)             S. D. of FLA. – FT. LAUD.
                    18 U.S.C. § 1030(a)(5)(A)
                    18 U.S.C. § 1029(a)(2)
                    18 U.S.C. § 1028A(a)(1)
```

UNITED STATES OF AMERICA

vs.

JONATHAN LEE EUBANKS,

      Defendant.
_____ /

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about January 27, 2013, in Broward County, in the Southern District of Florida, the defendant,

**JONATHAN LEE EUBANKS,**

did knowingly cause the transmission of programs, information, code, and commands, and, as a result of such conduct, intentionally caused damage, without authorization, to a protected computer, that is, one or more computers owned by Navarro Security Group, Inc., with such damage causing loss to Navarro Security Group, Inc., during a one-year period beginning on or about January 27, 2013, aggregating more than $5,000, in violation of Title 18, United States Code, Section 1030(a)(5)(A) and (c)(4)(B)(i).

### COUNT 2

From on or about February 17, 2013, through on or about February 26, 2013, in Broward

County, in the Southern District of Florida, the defendant,

**JONATHAN LEE EUBANKS,**

did knowingly, and with intent to defraud, use one or more unauthorized access devices, during a one-year period, and by such conduct obtained a thing of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(2).

## COUNT 3

On or about February 17, 2013, in Broward County, in the Southern District of Florida, the defendant,

**JONATHAN LEE EUBANKS,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, using one or more unauthorized access devices, during a one-year period, and by such conduct obtaining a thing of value aggregating $1,000 or more during that period, as charged in Count 2, did knowingly possess and use, without lawful authority, the means of identification of another person, that is, credit card account number XXXX-XXXX-XXXX-0245, belonging to "J.F.," in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 4

On or about February 18, 2013, in Broward County, in the Southern District of Florida, the defendant,

**JONATHAN LEE EUBANKS,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, using one or more unauthorized access devices, during a one-year period, and by such

2

conduct obtaining a thing of value aggregating $1,000 or more during that period, as charged in Count 2, did knowingly possess and use, without lawful authority, the means of identification of another person, that is, debit card account number XXXX-XXXX-XXXX-7563, belonging to "M.A.," in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 5

On or about February 25, 2013, in Broward County, in the Southern District of Florida, the defendant,

## JONATHAN LEE EUBANKS,

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, using one or more unauthorized access devices, during a one-year period, and by such conduct obtaining a thing of value aggregating $1,000 or more during that period, as charged in Count 2, did knowingly possess and use, without lawful authority, the means of identification of another person, that is, credit card account number XXXX-XXXX-XXXX-9246, belonging to "M.S.," in violation of Title 18, United States Code, Section 1028A(a)(1).

## CRIMINAL FORFEITURE

1. Upon conviction of the violation alleged in Count 1 of the Indictment, the defendant, **JONATHAN LEE EUBANKS,** shall forfeit to the United States of America any property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of such offense, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and any personal property that was used or intended to be used to commit or to facilitate the commission of such offense, pursuant to Title 18, United States Code, Section 1030(i). The property to be forfeited includes, but is not limited to:

3

      A.    One (1) Corsair computer tower;

      B.    One (1) Acer desktop computer, model: AspireX1200, serial number: PTSAROX006833063C9303; and

      C.    One (1) Dell laptop computer, model: PP28L, serial number: CN-0D500F-70166-8A4-0FQR.

2. Upon conviction of the violation alleged in Count 2 of the Indictment, the defendant, **JONATHAN LEE EUBANKS**, shall forfeit to the United States any personal property which the defendant used or intended to be used to commit such violation, pursuant to Title 18, United States Code, Section 1029(c)(1)(C), and any property constituting, or derived from, any proceeds which the defendant obtained, directly or indirectly, as a result of such offense, pursuant to Title 18, United States Code, Section 982(a)(2)(B). The property to be forfeited includes, but is not limited to:

      A.    One (1) Corsair computer tower;

      B.    One (1) Dell laptop computer, model: PP28L, serial number: CN-0D500F-70166-8A4-0FQR.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without

difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b) and 1030(i).

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B), 1029(c)(1)(C) and 1030(i), and Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

/s/ Thomas J. Mulvihill
WIFREDO A. FERRER
UNITED STATES ATTORNEY

/s/ Jared Strauss
JARED M. STRAUSS
ASSISTANT UNITED STATES ATTORNEY

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.  16-CR-60238-COHN/SELTZER(s)

vs.

**CERTIFICATE OF TRIAL ATTORNEY\***

Jonathan Lee Eubanks
                Defendant.
                                            /

**Superseding Case Information:**

**Court Division**: (Select One)

| | |
|---|---|
| Miami ____ | Key West ____ |
| FTL __X__ | WPB ____  FTP ____ |

New Defendant(s)           0
Number of New Defendants   0
Total number of counts     5

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)  __No__
   List language and/or dialect _____

4. This case will take __3-5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to 5 days      __X__               Petty      ____
   II   6 to 10 days     ____                Minor      ____
   III  11 to 20 days    ____                Misdem.    ____
   IV   21 to 60 days    ____                Felony     __X__
   V    61 days and over

6. Has this case been previously filed in this District Court? (Yes or No)  __Yes__
   If yes:
   Judge:  __Cohn__   Case No. __16-CR-60238-COHN__
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No) __No__
   If yes:   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   ____Yes   __X__ No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes    No  __X__

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes    No  __X__

                                          _____
                                          JARED STRAUSS
                                          ASSISTANT UNITED STATES ATTORNEY
                                          Court ID No. 5501264

\*Penalty Sheet(s) attached                                          REV.9/11/07

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** Jonathan Lee Eubanks

**Case No:** _____

Count #: 1

Damaging a Protected Computer Without Authorization

Title 18, United States Code, Section 1030(a)(5)(A)

\* **Max. Penalty:** 10 years' imprisonment, $250,000 fine, 3 years' supervised release

Count #: 2

Use of Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(2)

\***Max. Penalty:** 10 years' imprisonment, $250,000 fine, 3 years' supervised release

Counts # 3-5

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

\***Max. Penalty:** Mandatory 2 years' imprisonment consecutive to any other sentence imposed, $250,000 fine, 1 year supervised release

Count #

_____

_____

\***Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.