# EXHIBIT LIST

| CASE NAME: | | ASSISTANT UNITED STATES ATTORNEY |
|---|---|---|
| | UNITED STATES OF AMERICA<br>vs.<br>JONATHAN LEE EUBANKS | Jared M. Strauss<br><br>TRIAL ATTORNEY<br>Louisa K. Marion |
| **CASE NO.: 16-60238-CR-COHN** | | |

| EXH. NO | DESCRIPTION | WITNESS | OFFERED | ADMITTED |
|---|---|---|---|---|
| 1 | "Glenn Topping" disparaging email 1:31 p.m. | | | 4/3 |
| 2 | "Glenn Topping" disparaging email 1:56 p.m. | | | 4/4 |
| 3 | Glenn Topping "Departure" email to Vern Reynolds | | | 4/4 |
| 4 | "Glenn"/Coordinator hard drive | | | 4/4 |
| 5 | "Captains" hard drive | | | 4/4 |
| 6 | Comcast record for 98.211.181.193 | | | 4/4 |

Case 0:16-cr-60238-JIC   Document 34   Entered on FLSD Docket 03/30/2017   Page 2 of 21

# EXHIBIT LIST

| CASE NAME: | ASSISTANT UNITED STATES ATTORNEY |
| --- | --- |
| UNITED STATES OF AMERICA vs. JONATHAN LEE EUBANKS | Jared M. Strauss<br><br>TRIAL ATTORNEY<br>Louisa K. Marion |

**CASE NO.: 16-60238-CR-COHN**

| EXH. NO | DESCRIPTION | WITNESS | OFFERED | ADMITTED |
| --- | --- | --- | --- | --- |
| 7 | AT&T record for 68.16.177.249 | | | 4/4 |
| 8A | B&H order update email to "John Flores" (2/17/13 at 2:52 p.m.) | | | 4/4 |
| 8B | B&H order "verification" email to "John Flores (2/17/13 at 2:56 p.m.) | | | 4/4 |
| 8C | B&H web order survey to John Flores (2/18/13 at 5:28 p.m.) | | | 4/4 |
| 9A | QVC "welcome" email (2/17/13 at 7:00 p.m.) | | | 4/4 |
| 9B | QVC order confirmation email to "John" (2/17/13 at 7:04 p.m.) | | | 4/4 |

# EXHIBIT LIST

| CASE NAME: | | ASSISTANT UNITED STATES ATTORNEY |
|---|---|---|
| | UNITED STATES OF AMERICA<br>vs.<br>JONATHAN LEE EUBANKS | Jared M. Strauss<br><br>TRIAL ATTORNEY<br>Louisa K. Marion |

**CASE NO.: 16-60238-CR-COHN**

| EXH. NO | DESCRIPTION | WITNESS | OFFERED | ADMITTED |
|---|---|---|---|---|
| 10A | B&H order confirmation email for "Maryam Ayam" (2/18/13 at 3:31 p.m.) | | | 4/4 |
| 10B | B&H web order survey to Maryam Ayam (2/19/13 6:13 a.m.) | | | 4/4 |
| 11A | B&H Linda Blades user registration (2/18/13 at 5:39 p.m.) | | | 4/4 |
| 11B | B&H thank you for joining B&H Newsletter email (2/18/13 at 5:39 p.m.) | | | 4/4 |
| 12 | Signature Page for receipt of Navarro Handbook | | | 4/4 |
| 13 | Change of address form | | | 4/4 |

# EXHIBIT LIST

| CASE NAME: | | ASSISTANT UNITED STATES ATTORNEY |
| --- | --- | --- |
| **UNITED STATES OF AMERICA** | | Jared M. Strauss |
| **vs.** | | |
| **JONATHAN LEE EUBANKS** | | **TRIAL ATTORNEY** |
| | | Louisa K. Marion |

**CASE NO.: 16-60238-CR-COHN**

| EXH. NO | DESCRIPTION | WITNESS | OFFERED | ADMITTED |
| --- | --- | --- | --- | --- |
| 14 | Resignation form | | | 4/4 |
| 15 | Payroll/Status change form | | | 4/4 |
| 16 | Demotion email (Re: Officer A. Smith video) from Glenn Topping to Jonathan Eubanks (1/8/13 at 1:28 p.m.) | | | 4/4 |
| 17 | Sketch of Eubanks apartment | | | 4/4 |
| 18A-D | Orientation Photographs of Eubanks' Room | | | 4/4 |

# EXHIBIT LIST

| CASE NAME: | ASSISTANT UNITED STATES ATTORNEY |
|---|---|
| UNITED STATES OF AMERICA vs. JONATHAN LEE EUBANKS | Jared M. Strauss<br><br>TRIAL ATTORNEY<br>Louisa K. Marion |

**CASE NO.: 16-60238-CR-COHN**

| EXH. NO | DESCRIPTION | WITNESS | OFFERED | ADMITTED |
|---|---|---|---|---|
| 19A-E | Attribution Photographs of Eubanks' Room | | | 4/4 |
| 20 | Photograph of Corsair | | | 4/4 |
| 21 | Photograph of HP Touchsmart | | | 4/4 |
| 22 | Photograph of Dell XPS M1530 Laptop (PP28L) | | | 4/4 |
| 23 | RESERVED | | | |
| 24 | Photograph of iPhone 4 and other devices | | | 4/4 |

# EXHIBIT LIST

| CASE NAME: | | ASSISTANT UNITED STATES ATTORNEY |
|---|---|---|
| **UNITED STATES OF AMERICA** vs. **JONATHAN LEE EUBANKS** | | Jared M. Strauss<br>**TRIAL ATTORNEY**<br>Louisa K. Marion |
| **CASE NO.: 16-60238-CR-COHN** | | |

| EXH. NO | DESCRIPTION | WITNESS | OFFERED | ADMITTED |
|---|---|---|---|---|
| 25 | RESERVED | | | |
| 26 | Photograph of Wacom tablet | | | 4/4 |
| 27A-B | Photographs of weapons | | | 4/4 |
| 28 | Photograph of ID card printers | | | 4/4 |
| 29 | Photograph of "Anonymous" mask | | | 4/4 |
| 30 | TSA ID | | | 4/4 |

# EXHIBIT LIST

| CASE NAME: | ASSISTANT UNITED STATES ATTORNEY |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>JONATHAN LEE EUBANKS | Jared M. Strauss<br><br>TRIAL ATTORNEY<br>Louisa K. Marion |

**CASE NO.: 16-60238-CR-COHN**

| EXH. NO | DESCRIPTION | WITNESS | OFFERED | ADMITTED |
|---|---|---|---|---|
| 31 | Elite PC business card | | | 4/4 |
| 32 | Full Circle business card | | | 4/4 |
| 33 | Corsair computer | | | 4/4 |
| 34 | HP Touchsmart computer | | | 4/4 |
| 35 | Dell XPS M1530 laptop (PP28L) | | | 4/4 |
| 36 | iPhone 4 | | | 4/4 |

# EXHIBIT LIST

| CASE NAME: | | ASSISTANT UNITED STATES ATTORNEY |
|---|---|---|
| | **UNITED STATES OF AMERICA**<br>vs.<br>**JONATHAN LEE EUBANKS** | Jared M. Strauss<br><br>**TRIAL ATTORNEY**<br>Louisa K. Marion |
| **CASE NO.: 16-60238-CR-COHN** | | |

| EXH. NO | DESCRIPTION | WITNESS | OFFERED | ADMITTED |
|---|---|---|---|---|
| 37 | Explore Optics rifle scope & invoice in box | | | 4/4 |
| 38 | Handwritten notes with LogMeIn credentials | | | 4/4 |
| 39 | Equus Hard Drive | | | 4/4 |
| 40A-F | Century Technologies LogMeIn records<br>40A: User info tab<br>40B: Host Info tab<br>40C: Login Sessions tab<br>40D:Ignition Tracking Sessions<br>40E: RA Sessions<br>40F: Customer Service notes) | | | 4/4 |

# EXHIBIT LIST

| CASE NAME: | ASSISTANT UNITED STATES ATTORNEY |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>JONATHAN LEE EUBANKS | Jared M. Strauss<br><br>TRIAL ATTORNEY<br>Louisa K. Marion |

**CASE NO.: 16-60238-CR-COHN**

| EXH. NO | DESCRIPTION | WITNESS | OFFERED | ADMITTED |
|---|---|---|---|---|
| 41A-F | Summary of Century Technologies LogMeIn records<br>41A: User info<br>41B: Host Info — 4/5<br>41C: Login Sessions — 4/5<br>41D: Ignition Tracking Sessions<br>41E: RA Sessions<br>41F: Customer Service notes | | | |
| 42 | B&H Photo records          42-B | | | 4/4, 4/11 |
| 43 | QVC records | | | 4/4 |
| 44 | Demonstrative video of LogMeIn | | | |

# EXHIBIT LIST

| CASE NAME: | ASSISTANT UNITED STATES ATTORNEY |
|---|---|
| UNITED STATES OF AMERICA vs. JONATHAN LEE EUBANKS | Jared M. Strauss<br><br>TRIAL ATTORNEY<br>Louisa K. Marion |

**CASE NO.: 16-60238-CR-COHN**

| EXH. NO | DESCRIPTION | WITNESS | OFFERED | ADMITTED |
|---|---|---|---|---|
| 45A-K | LogMeIn logs from "Glenn"/Coordinator computer | | | 4/5 |
| 46 | Screenshot of LogMeIn log | | | 4/5 |
| 47 | Summary chart of LogMeIn logins to "Glenn"/Coordinator | | | 4/5 |
| 48 | Screenshot of mapped Admin2 server | | | |
| 49 | Screenshot of Cain and VNCPassView software | | | 4/5 |
| 50 | Activity related to Millennium3 software | | | |

# EXHIBIT LIST

| CASE NAME: | | ASSISTANT UNITED STATES ATTORNEY |
|---|---|---|
| | UNITED STATES OF AMERICA<br>vs.<br>JONATHAN LEE EUBANKS | Jared M. Strauss<br><br>TRIAL ATTORNEY<br>Louisa K. Marion |
| CASE NO.: 16-60238-CR-COHN | | |

| EXH. NO | DESCRIPTION | WITNESS | OFFERED | ADMITTED |
|---|---|---|---|---|
| 51 | Emergency Client Contacts.docx from "Glenn"/Coordinator computer | | | 4/5 |
| 52 | 5 "Glenn Topping" disparaging emails | | | 4/5 |
| 53 | Chart of activity related to Toshiba printer | | | 4/5 |
| 54 | Screenshot of PageFile.sys relating to Navarro website | | | 4/5 |
| 55 | Equus App Event log | | | 4/5 |
| 56 | Summary chart of LogMeIn logins to Equus | | | 4/5 |

# EXHIBIT LIST

| CASE NAME: | | ASSISTANT UNITED STATES ATTORNEY |
|---|---|---|
| | UNITED STATES OF AMERICA<br>vs.<br>JONATHAN LEE EUBANKS | Jared M. Strauss<br><br>TRIAL ATTORNEY<br>Louisa K. Marion |
| **CASE NO.: 16-60238-CR-COHN** | | |

| EXH. NO | DESCRIPTION | WITNESS | OFFERED | ADMITTED |
|---|---|---|---|---|
| 57 | Screenshots from PageFile.sys relating to Lecor order | | | 4/5 |
| 58 | Browsing history from Captains computer related to Blackhawk | | | 4/5 |
| 59 | Navarro Security Group Inc.docx from Corsair computer | | | 4/6 |
| 60 | Linda Blades PST logs | | | 4/6 |
| 61 | Maryam Ayam credit card information from Corsair computer | | | 4/6 |
| 62 | Navarro Wordpress file | | | 4/6 |

# EXHIBIT LIST

| CASE NAME: | ASSISTANT UNITED STATES ATTORNEY |
|---|---|
| **UNITED STATES OF AMERICA**<br>vs.<br>**JONATHAN LEE EUBANKS** | Jared M. Strauss<br><br>**TRIAL ATTORNEY**<br>Louisa K. Marion |

**CASE NO.: 16-60238-CR-COHN**

| EXH. NO | DESCRIPTION | WITNESS | OFFERED | ADMITTED |
|---|---|---|---|---|
| 63A-H | Internet artifacts from Corsair computer<br>63A: LogMeIn related Parsed Search Queries<br>63B: LogMeIn related Firefox Form History<br>63C: Navarro related Parsed Search Queries<br>63D: Navarro related Firefox Form History<br>63E: Lecor related Parsed Search Queries<br>63F: Lecor related Firefox Form History<br>63G: Destiny related Firefox Form History<br>63H: Miscellaneous Parsed Search History | | | 4/6 |
| 64 | Eubanks Experian credit report from Corsair computer | | | 4/6 |
| 65 | Eubanks tax return from Corsair computer | | | 4/6 |
| 66 | Scanned Eubanks debit card, driver's license, and TIN application from Corsair computer | | | 4/6 |

# EXHIBIT LIST

| CASE NAME: | ASSISTANT UNITED STATES ATTORNEY |
|---|---|
| **UNITED STATES OF AMERICA**<br>vs.<br>**JONATHAN LEE EUBANKS** | Jared M. Strauss<br><br>**TRIAL ATTORNEY**<br>Louisa K. Marion |
| **CASE NO.: 16-60238-CR-COHN** | |

| EXH. NO | DESCRIPTION | WITNESS | OFFERED | ADMITTED |
|---|---|---|---|---|
| 67 | Eubanks driver's license from Corsair computer | | | 4/6 |
| 68 | Eubanks background questionnaire from Corsair computer | | | 4/6 |
| 69 | Eubanks firearms license and certification from Corsair computer | | | 4/6 |
| 70 | Eubanks resume from Corsair computer | | | 4/6 |
| 71 | Eubanks certificate of insurance for Full Circle Protection Agency from Corsair computer | | | 4/6 |
| 72 | Florida business tax application from Corsair computer | | | 4/6 |

# EXHIBIT LIST

| CASE NAME: UNITED STATES OF AMERICA vs. JONATHAN LEE EUBANKS | ASSISTANT UNITED STATES ATTORNEY Jared M. Strauss TRIAL ATTORNEY Louisa K. Marion |
|---|---|
| **CASE NO.: 16-60238-CR-COHN** | |

| EXH. NO | DESCRIPTION | WITNESS | OFFERED | ADMITTED |
|---|---|---|---|---|
| 73 | RSVP form to FBI Cyber Conference from Corsair computer | | | 4/6 |
| 74A-B | LogMeIn logs from Corsair computer | | | 4/6 |
| 75 | Gtopping.png (Glenn Topping DHS screenshot) | | | 4/6 |
| 76 | 001.jpg (Aventura Multiservice LLC) from HP Touchsmart computer | | | 4/6 |
| 77 | DOC120512-012.pdf (Pettineo Insurance Letter) from HP Touchsmart computer | | | 4/6 |
| 78 | DOC121_412 (checks made payable to Navarro) from HP Touchsmart computer | | | 4/6 |

# EXHIBIT LIST

| CASE NAME: | ASSISTANT UNITED STATES ATTORNEY |
|---|---|
| **UNITED STATES OF AMERICA**<br>vs.<br>**JONATHAN LEE EUBANKS** | Jared M. Strauss<br><br>**TRIAL ATTORNEY**<br>Louisa K. Marion |
| **CASE NO.: 16-60238-CR-COHN** | |

| EXH. NO | DESCRIPTION | WITNESS | OFFERED | ADMITTED |
|---|---|---|---|---|
| 79 | $RUH1W08.doc (Navarro weekly report) from HP Touchsmart computer | | | 4/6 |
| 80 | December 25 report.docx (Navarro report) from Corsair computer | | | 4/6 |
| 81 | January 2-5.docx (Navarro report) from Corsair computer | | | 4/6 |
| 82 | Admin-road_supervisor_salary's.xls (spreadsheet) from Corsair computer | | | 4/6 |
| 83 | Letter_to_State_of_Florida.doc from Corsair computer | | | 4/6 |
| 84 | Glenn Topping to Linda Blades email, subject: "Thanks" | | | 4/6 |

# EXHIBIT LIST

| CASE NAME: UNITED STATES OF AMERICA vs. JONATHAN LEE EUBANKS | | ASSISTANT UNITED STATES ATTORNEY Jared M. Strauss TRIAL ATTORNEY Louisa K. Marion |
|---|---|---|
| **CASE NO.: 16-60238-CR-COHN** | | |

| EXH. NO | DESCRIPTION | WITNESS | OFFERED | ADMITTED |
|---|---|---|---|---|
| 85A-E | Internet artifacts from HP Touchsmart (A-E) <br> 85A: Navarro related Firefox Form History <br> 85B: Navarro related Firefox Web History <br> 85C: Destiny related Firefox Form History <br> 85D: Destiny related Firefox Web History <br> 85E: Parsed Search Queries | | | 4/6 |
| 86A-B | Internet artifacts from Dell XPS M1530 Laptop (PP28L) <br> 86A: Navarro related Chrome Autofill <br> 86B: Destiny related Parsed Search Queries | | | |
| 87 | Equus Investigative Findings.docx from Corsair computer | | | 4/6 |
| 88 | Overview.doc (Brutus) from Corsair computer | | | |
| 89A-C | B&H emails to Linda Blades on Corsair computer | | | 4/6 |

# EXHIBIT LIST

| CASE NAME: | ASSISTANT UNITED STATES ATTORNEY |
|---|---|
| **UNITED STATES OF AMERICA**<br>vs.<br>**JONATHAN LEE EUBANKS** | Jared M. Strauss<br><br>**TRIAL ATTORNEY**<br>Louisa K. Marion |

**CASE NO.: 16-60238-CR-COHN**

| EXH. NO | DESCRIPTION | WITNESS | OFFERED | ADMITTED |
|---|---|---|---|---|
| 90 | Lecor records | | | |
| 91 | Yahoo record for mmaginsky@yahoo.com | | | 4/5 |
| 92 | Fss.png screenshot from Corsair computer | | | 4/6 |
| 93 | Dump.txt from Corsair computer | | | 4/6 |
| 94 | Screenshot of Destiny message thread | | | 4/6 |
| 95A-E | Pompa/CommtoGo related documents on Corsair computer<br>95A: Michelle medical<br>95B: Usernames and passwords<br>95C: Luis/Rita medical | | A, C, D, E | 4/6 |

# EXHIBIT LIST

**CASE NAME:**

UNITED STATES OF AMERICA
vs.
JONATHAN LEE EUBANKS

**ASSISTANT UNITED STATES ATTORNEY**
Jared M. Strauss

**TRIAL ATTORNEY**
Louisa K. Marion

**CASE NO.: 16-60238-CR-COHN**

| EXH. NO | DESCRIPTION | WITNESS | OFFERED | ADMITTED |
|---------|-------------|---------|---------|----------|
| 90A | Lecor Technologies invoice | | | 4/4 |
| 90B | Lecor Technologies transaction receipt | | | 4/4 |
| 90C | Lecor Technologies order details | | | 4/4 |
| 90D | Lecor Technologies shipping details | | | 4/4 |
| 90E | Lecor Technologies billing details | | | 4/4 |
| 90F | Lecor Technologies order notes | | | 4/4 |

Page 1 of 1

# EXHIBIT LIST

| CASE NAME: | | ASSISTANT UNITED STATES ATTORNEY |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>vs.<br>**JONATHAN LEE EUBANKS** | | Jared M. Strauss<br><br>**TRIAL ATTORNEY**<br>Louisa K. Marion |

**CASE NO.: 16-60238-CR-COHN**

| EXH. NO | DESCRIPTION | WITNESS | OFFERED | ADMITTED |
|---|---|---|---|---|
| | 95D: Rita PII<br>95E: Michelle PII | | | |
| 96A-B | Text messages from iPhone 4<br>96A: Text messages from Cellebrite report<br>96B: Summary of text messages | | | 4/6 |
| 97 | Demotion email from iPhone 4 | | | |
| 98A-B | 98A: F&M Bank Visa statement for card ending 0153<br>98B: F&M Bank Visa statement for card ending 0245 | | | 4/6 |
| 99 | JPMC Bank Visa statement for card ending 7563<br>*99-B* | | | 4/11 |
| 100A-B | JPMC Bank statements for Mark Silverberg | | | 4/11 |

# EXHIBIT LIST

| CASE NAME: | | ASSISTANT UNITED STATES ATTORNEY |
| --- | --- | --- |
| **UNITED STATES OF AMERICA**<br>vs.<br>**JONATHAN LEE EUBANKS** | | Jared M. Strauss<br><br>**TRIAL ATTORNEY**<br>Louisa K. Marion |

**CASE NO.: 16-60238-CR-COHN**

| EXH. NO | DESCRIPTION | WITNESS | OFFERED | ADMITTED |
| --- | --- | --- | --- | --- |
| 101 | Metadata chart for exhibits from Corsair | | | 4/6 |
| 102 | Metadata chart for exhibits from HP Touchsmart | | | 4/6 |
| 103 | Metadata for Linda Blades PST file | | | 4/6 |
| 104 | Device information for iPhone 4 | | | 4/6 |
| 105 | | | | |
| 106 | | | | |

# EXHIBIT LIST

| CASE NAME: | | ASSISTANT UNITED STATES ATTORNEY |
|---|---|---|
| | UNITED STATES OF AMERICA<br>vs.<br>JONATHAN LEE EUBANKS | Jared M. Strauss<br><br>TRIAL ATTORNEY<br>Louisa K. Marion |
| CASE NO.: 16-60238-CR-COHN | | |

| EXH. NO | DESCRIPTION | WITNESS | OFFERED | ADMITTED |
|---|---|---|---|---|
| 107 | | | | |
| 108 | | | | |
| 109 | | | | |
| 110 | | | | |

Page **21** of **21**